IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**ROBERT C. THOMAS,**

    Petitioner,

v.                                        **CASE NO. 5:14-cv-9-RS-GRJ**

**SECRETARY DEPARTMENT OF CORRECTIONS,**

    Respondent.

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 28). I have reviewed the report and recommendation *de novo*. No objections were filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The relief requested in Respondent's Motion to Dismiss Petition for Writ of Habeas Corpus (Doc. 22) is **GRANTED**. Petitioner's Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody (Doc. 1) is **DENIED.**

3. A Certificate of Appealability is **DENIED.**

4. The clerk is directed to close the case.

**ORDERED** on May 26, 2015.

/S/ Richard Smoak
**RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**